NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FAST-TRAC FREIGHT SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**EXPRESS MESSENGER SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1172

---

Appeal from the United States District Court for the District of Nebraska in case no. 09-CV-0309, Judge Laurie Smith-Camp.

---

## ON MOTION

---

Before RADER, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges.*

BRYSON, *Circuit Judge.*

## ORDER

Upon consideration of Fast-Trac Freight Services, Inc.'s unopposed motion to transfer this case to the United States Court of Appeals for the Eighth Circuit,

IT IS ORDERED THAT:

The motion is granted. This appeal is transferred to the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

APR 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher M. Bikus, Esq.
Bruce D. Vosburg, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 6 2011

**JAN HORBALY**
**CLERK**